**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs. Case No. 8:03-cr-343-T-30MSS

GEORGE PEARSON, JR., et al.,

Defendants.
____________________________________/

**ORDER**

Before the Court is a letter received from Defendant, George Pearson, Jr. ("Pearson"). In his letter, Pearson asks the Court to reduce his sentence pursuant to the Fair Sentencing Act of 2010 which in pertinent part reduced the sentencing disparities between crack and powder cocaine.

Pearson should not attempt to correspond directly with the clerk of court, a district judge, or a magistrate judge. Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a case on this Court's docket. This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of their judicial duties. Accordingly, their decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure. **If Pearson seeks relief from his sentence, he should file a pleading or motion with a title, which must be a brief summary of the contents of the pleading or motion.** The Court will strike and return any further correspondence received from Pearson addressed

directly to the clerk, a district judge, or a magistrate judge.

ACCORDINGLY, it is **ORDERED** that the **Clerk of Court** shall return to Pearson the letter received from him dated October 13, 2010, retaining a copy for the Court file.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: George Pearson, Jr.