**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.   CASE NO:  8:03-CR-343-T-30EAJ

GEORGE PEARSON, JR.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Reduction of Sentence Pursuant to the "Fair Sentencing Act of 2010" (Dkt. #236) and the Government's Response (Dkt. #240) thereto.  The Fair Sentencing Act of 2010 does not apply retroactively to crimes that were committed prior to its effective date of August 3, 2010.  *United States v. Gomes*, 621 F. 3d 1343 (11th Cir. 2010).  Defendant Pearson committed his crime in 2003.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion for Reduction of Sentence Pursuant to the "Fair Sentencing Act of 2010" (Dkt. #236) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2003\03-cr-343.mot reduce 236.wpd*